**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:26-cr-00320-MC** |
| **v.** | **INFORMATION** |
| **KAYTLYNN CRAWFORD a/k/a KAYTLYNN ALDERMAN,** | **18 U.S.C. § 2421** |
| | **Forfeiture Allegation** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Transportation for Prostitution)**
**(18 U.S.C. § 2421)**

From June 2024 to August 2024, in the District of Oregon and elsewhere, defendant **KAYTLYNN CRAWFORD a/k/a KAYTLYNN ALDERMAN** did knowingly transport Minor Victim 1 (MV1) in interstate commerce from the State of Oregon to the State of Washington with the intent that MV1 engage in unlawful activity for which defendant can be charged with a criminal offense;

In violation of Title 18, United States Code, 2421.

**<u>FORFEITURE ALLEGATION</u>**

Upon conviction of the offense in Count 1, defendant **KAYTLYNN CRAWFORD a/k/a KAYTLYNN ALDERMAN** shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a)(1) defendant's interest in any property, real or personal, that was involved in, used, or

intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 any property, real or personal, constituting or derived from any proceeds that defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

Dated: September 2, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney